## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                                      **JS-6**

| Case No. | CV12-8511-CAS(MRWx) | Date | July 28, 2014 |
|---|---|---|---|
| Title | United States of America v. Khanh Hoang | | |

Present: The Honorable   CHRISTINA A. SNYDER, JUDGE

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO SETTLEMENT.

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about July 25, 2014;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status commencing October 1, 2014 and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**. The Motion for Summary Judgment [25] set for hearing on September 15, 2014 is deemed moot and vacated.

IT IS SO ORDERED.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | RGN/CMJ |